**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: June 30, 2014**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-60636 |
| | ) | |
| GEORGE MICHAEL RILEY, SR., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Hoffman |
| _____ | ) | |

**AGREED ORDER CONTINUING THE FED. R. BANKR. P. 2004
EXAMINATION OF THE DEBTOR  (Docket No. 42)**

The Motion for the United States Trustee's Motion for Order Directing Debtor to Appear for FED. R. BANKR. P. 2004 Examination and Produce Documents came on for consideration, the Motion having been filed on May 27, 2014 (Docket No. 39).  The Court granted the Motion, and the Examination is scheduled for June 25, 2014  (Docket No. 42).  At the request of the United States Trustee, the parties now agree that the Examination is to be continued.

Good cause appearing, therefore:

**IT IS HEREBY ORDERED** that the Examination scheduled at the Office of the United States Trustee, 170 N. High Street, Suite 200, Columbus, Ohio on Wednesday, June 25, 2014, at 10:00 a.m. be and it is hereby CONTINUED.

**IT IS FURTHER ORDERED** that the Examination is now scheduled for 10:00 a.m. on Thursday, July 31, 2014, at the Office of the United States Trustee, 170 N. High Street, Suite 200, Columbus, Ohio.

**IT IS FURTHER ORDERED** that the Debtor shall produce his 2011, 2012, and 2013 federal income tax returns either at or before the Examination.

**IT IS SO ORDERED.**

SUBMITTED BY:

OFFICE OF THE UNITED STATES TRUSTEE
Daniel M. McDermott
United States Trustee
Region 9

/s/ Pamela Arndt
Pamela Arndt (0068230)
Attorney for the U.S. Trustee
170 N. High Street, Suite 200
Columbus, OH 43215
Telephone: (614) 469-7411 ext. 228
Facsimile: (614) 469-7448
E-mail: Pamela.D.Arndt@usdoj.gov

/s/ Michael T. Gunner – permission for electronic signature granted via e-mail 6/25/14
Michael T. Gunner (0002078)
3535 Fishinger Blvd Suite 220
Hilliard, OH 43026
Telephone: (614) 777-1203
Facsimile: (614) 777-4640
Email: hilliardlaw@hotmail.com

COPIES TO:

 Default List

###