Certificate Number: 17082-OHS-DE-026496033

Bankruptcy Case Number: 12-60636



17082-OHS-DE-026496033

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 8, 2015, at 5:21 o'clock PM MST, GEORGE MICHAEL RILEY Sr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date:   November 8, 2015               By:     /s/Orsolya K Lazar

                                        Name:   Orsolya K Lazar

                                        Title:  Executive Director